UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE CO.   Docket No. 08-CV-00465
a/s/o HUDSON STREET, LLC,

**NOTICE OF MOTION**

                          Plaintiff,

   -against-

ARCHITRON DESIGNERS AND BUILDERS, INC.,
AYN ENTERPRISES INC., GJC STRUCTURES, P.E.,
P.C. and JOSEPH EDWARD VANCE ARCHITECT,

                          Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Edward S. Benson, Esq. and the exhibits annexed thereto, the accompanying memorandum of law and Rule 56.1 statement, and upon all the pleadings and proceedings heretofore had herein, the Defendant, Architron Designers and Builders, Inc., by its attorneys, Nicoletti Gonson Spinner & Owen LLP, will move this Court at the Federal Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, on a date and time to be assigned by the Court, for an Order:

    (1)    pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting it summary judgment and dismissing the cross-claim asserted by Joseph Vance Architects s/h/a Joseph Edward Vance Architect against Architron Designers and Builders, Inc.;

    (2)    and for such other and further relief as to this Court may seem just and proper.

Dated: New York, New York
         May 6, 2008

NICOLETTI GONSON SPINNER & OWEN LLP

By: _____
Edward S. Benson, Esq. (EB 1908)
Attorneys for Defendant
Architron Designers and Builders, Inc.
555 Fifth Avenue, 8th Floor
New York, New York 10017
(212) 730-7750

1

TO:   Robert C. Sheps, Esq.
      Sheps Law Group, P.C.
      Attorneys for Plaintiff
      35 Pinelawn Road, Suite 106E
      Melville, New York 11747
      (631) 249-5600
      File No. 4368

      L'Abbate Balkan, Colavita & Contini, L.L.P.
      Attorneys for Defendant
      Joseph Vance Architects s/h/a
      Joseph Edward Vance Architect
      1001 Franklin Avenue
      Garden City, New York 11530
      (516) 294-8844

      AYN Enterprises Inc.
      2555 Nostrand Avenue
      Brooklyn, New York 11210

      GJC Structure PE, PC
      40-12 28th Street
      Long Island City, New York 11101