UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE CO.  Docket No. 08-CV-00465
a/s/o HUDSON STREET, LLC,

**RULE 56.1 STATEMENT**

                         Plaintiff,

    -against-

ARCHITRON DESIGNERS AND BUILDERS, INC.,
AYN ENTERPRISES INC., GJC STRUCTURES, P.E.,
P.C. and JOSEPH EDWARD VANCE ARCHITECT,

                         Defendants.
------------------------------------------------------------------X

Defendant, ARCHITRON DESIGNERS AND BUILDERS, INC. ("ARCHITRON"), by its undersigned attorneys, sets forth the statement of its contention as to material facts not genuinely in dispute, pursuant to Local Rule 56.1, in support of its motion for summary judgment, as follows:

    1.    This subrogation action arose as a result of a wall collapse at a property undergoing construction that was owned by the plaintiff's insured. (*See* Plaintiff's Summons and Complaint annexed to the Declaration of Edward Benson, Esq. as Exhibit "A").

    2.    Plaintiff provided Architron with a general release and entered into a stipulation of dismissal, dismissing all claims against Architron with prejudice. (*See* the General Release annexed to the Benson Declaration as Exhibit "E"; *see* Stipulation of Dismissal annexed to the Benson Declaration as Exhibit "F").

    3.    Prior to the commencement of this action, Plaintiff's subrogor, Hudson Street, LLC, had provided defendant Joseph Vance Architect s/h/a Joseph Edward Vance Architects with a general release dated December 30, 2002. (*See* the Affidavit of Joseph Edward Vance in

Support of Motion to Dismiss containing a copy of the general release, annexed to the Benson Declaration as Exhibit "G").

Dated: New York, New York
      May 5, 2008

                            Respectfully Submitted,

                            NICOLETTI GONSON SPINNER & OWEN LLP

                            By: _____
                                Edward S. Benson (EB 1908)
                            Attorneys for Defendant
                            ARCHITRON DESIGNERS AND BUILDERS, INC.
                            555 Fifth Avenue, 8th Floor
                            New York, New York 10017
                            212-730-7750

Docket No. 08-CV-00465

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE CO.
a/s/o HUDSON STREET, LLC

        Plaintiff,

-against-

ARCHITRON DESIGNERS AND BUILDERS, INC.,
AYN ENTERPRISES INC., GJC STRUCTURES, P.E., P.C.
and JOSEPH EDWARD VANCE ARCHITECT

        Defendants.

-----------------------------------------------------------------X

## RULE 56.1 STATEMENT

**NICOLETTI GONSON SPINNER & OWEN LLP**
Attorneys for Defendant
ARCHITRON DESIGNERS AND BUILDERS, INC.
555 Fifth Avenue – 8th Floor
New York, New York 10017
(212) 730-7750
Our File: 10111.00220