

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Daniel A. McFaul, Jr.
Associate
dmcfaul@lbcclaw.com

May 19, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/08 dc

**VIA FACSIMILE (212) 805-6191**

Honorable Barbara S. Jones, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, New York

> Re:  St. Paul Fire & Marine Insurance Co. a/s/o Hudson Street, LLC v.
> Architron Designers and Builders, Inc., AYN Enterprises Inc.,
> GJC Structures, P.E., P.C. and Joseph Edward Vance Architect
> **Docket No. 08-CV-00465**
> LBC&C File No. : 169-74312

Hon. Barbara S. Jones:

Pursuant to Your Honor's Individual Rules, we represent Joseph Edward Vance Architect and are hereby requesting that the return date or submission date for Architron Designers and Builders, Inc's motion for summary judgment be adjourned until June 17, 2008. At present, PACER indicates that "Responses are due on May 20, 2008". I have spoken to all sides and have agreed to the following schedule. We propose that opposition papers be filed on or before June 3, 2008 and the return date be moved to June 17, 2008. Reply can be served and filed on that date. No prior adjournments have been requested by any party with regard to this motion.

I have communicated with Robert C. Sheps, Esq., counsel for the plaintiff, and Edward Benson, Esq., counsel for Architron Designers and Builders, Inc., and they both consent to the adjournment. Neither AYN Enterprises, Inc. nor GJC Structures, P.E., P.C. has answered or otherwise appeared in this action. Accordingly, we respectfully request that Your Honor adjourn the return date or submission date from May 20, 2008 to June 17, 2008. Please advise if this schedule is acceptable with the Court.

In addition to the aforementioned, our office made a motion to dismiss on behalf of Joseph Edward Vance Architect in June of 2006. The motion was fully submitted on June 23, 2006. A Decision was never issued and as you are aware, the case was subsequently moved from the Eastern District of New York to the Southern District of New York. Since it has been almost two years since the motion was submitted, we respectfully ask the Court to review our motion and issue a Decision. Given that there was a transfer of this file, we want to make sure

2

that the Court has all of the necessary papers to decide our motion. Should there be any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

By: /s/ Daniel A. McFaul
Daniel A. McFaul, Jr. (DAM 2855)
Attorneys for Defendant
Joseph Edward Vance Architect
1001 Franklin Avenue
Garden City, New York 11530
(516) 294-8844

cc: Robert Sheps, Esq.
Sheps Law Group, P.C.
Attorneys for Plaintiff
35 Pinelawn Road, Suite 106E
Melville, New York 11747
(631) 249-5600
File No. 4368
Via Fax (631) 249-5613

Edward Benson, Esq.
Nicoletti Gonson Spinner & Owen, LLP
Attorneys for Defendant
Architron Designers and Builders, Inc.
555 Fifth Avenue, 8th Floor
New York, New York 10017
(212) 730-7750
File 10111.00220
Via Fax (212) 730-7850

Application Granted.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
5/19/08

R:\CPWin\History\080516_0001\AEEF.4E

