## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                   ) ss.:
COUNTY OF NEW YORK    )


MARY ANN LEIGHTON, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Manhasset Hills, New York.

That on the 3rd day of June 2008, deponent served the within MEMORANDUM OF LAW upon:

> Robert C. Sheps, Esq.
> Sheps Law Group, P.C.
> Attorneys for Plaintiff
> 35 Pinelawn Road, Suite 106E
> Melville, New York 11747
> (631) 249-5600
> File No. 4368
>
> Marina A. Spinner, Esq.
> Nicoletti Gonson & Spinner, LLP
> Attorneys for Defendant
> Architron Designers and Bio;ders, Inc.
> 546 Fifth Avenue, 20th Floor
> New York, New York 10036
> (212) 730-7750
> File 10111.00220

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_Mary Ann Leighton_
MARY ANN LEIGHTON

Sworn to before me this
3rd day of June 2008

_Joyce Weinstein_
Notary Public

JOYCE WEINSTEIN
Notary Public, State Of New York
No. 01WE4858553
Qualified In Nassau County
Commission Expires May 5, 20__

R:\CPWin\History\080527_0001\AEEF.59